# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2016

*The Court of Appeals hereby passes the following order*

**A16I0156. HAMILTON STATE BANK v. EMORY D. OZBURN, et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13c072214



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 30, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*